# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RAGGI, REENA | U.S. COURT OF APPEALS, 2ND CIR | 10/16/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES CIRCUIT JUDGE | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | BROOKLYN LAW SCHOOL, BROOKLYN, NEW YOK |
| 2. | TRUSTEE | ACADEMY OF THE HOLY ANGELS, BROOKLYN, NEW YORK |
| 3. | TRUSTEE | WILLIAM NELSON CROMWELL FOUNDATION, NEW YORK, NEW YORK |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| RAGGI, REENA | 10/16/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2012 | NEW YORK UNIVERSITY LAW SCHOOL - SALARY | $26,955.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | UNIVERSITY NORTH CAROLINA LAW SCHOOL | 02/24/2012-02/26/2012 | CHAPEL HILL, NC | MOOT COURT COMPETITION | TRAVEL, HOTEL AND MEAL |
| 2. | FEDERAL BAR COUNCIL | 09/21/2012-09/23/2012 | SKYTOP, PA | FALL MEETING | TRAVEL, HOTEL AND MEALS |
| 3. | HARVARD LAW SCHOOL | 11/15/2012-11/16/2012 | CAMBRIDGE, MA | MOOT COURT COMPETITION | TRAVEL ,HOTEL AND MEALS |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAGGI, REENA** | 10/16/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 10/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | CITIBANK PREFERRED MONEY MARKET ACCOUNT(MMP) | A | Interest | L | T | | | | | |
| 2. | CITIBANK CHECKING ACCOUNT | A | Interest | M | T | | | | | |
| 3. | CITI NEW YORK TAX FREE RESERVE MMF - R | A | Interest | M | T | | | | | |
| 4. | CITI PERSONAL WEALTH MANAGEMENT | | | | | | | | | |
| 5. | -CORPORATE BOND - GENERAL ELEC CAP CORP DTD-3/06/2008 | C | Interest | L | T | | | | | |
| 6. | -NEW YORK CITY G/O SER I DD 04/01/04 | C | Interest | M | T | | | | | |
| 7. | -NEW YORK N Y GENL OBLIG BDS-G-B/E DD 01/03/2008 | C | Interest | L | T | | | | | |
| 8. | -CERTIFICATE OF DEPOSIT-CITIBANK | B | Interest | L | T | | | | | |
| 9. | -NEW YORK CITY G/O SER M DD 4/28/05 | C | Interest | M | T | | | | | |
| 10. | -NEW YORK ST DORM AUTH ST PERS INCOME TAX REV ED-A-B/E | C | Interest | M | T | | | | | |
| 11. | - NY ST THRUWY AUTH ST PERS INCM TX REV BDS-B/E DD 9/10/08 | D | Interest | M | T | | | | | |
| 12. | GREENWICH ST.EMPLOYEES FUND | | None | J | U | | | | | |
| 13. | CITI PERSONAL WEALTH RETIREMENT PLANS-IRA | | | | | | | | | |
| 14. | -GENERAL ELECTRIC CAPITAL CORP CORPORATE BONDS | D | Interest | M | T | | | | | |
| 15. | -GENERAL ELECTRIC CAPITAL CORP CORPORATE BONDS | D | Interest | M | T | | | | | |
| 16. | -COCA COLA ENETRPRISE INC NOTES-ZERO CPN CORPORATE BONDS | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAGGI, REENA** | 10/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -BERKSHIRE HATHAWAY INC DTD CORPORATE BONDS | D | Interest | M | T | | | | | |
| 18. -CHECKING ACCOUNT-CITIBANK | A | Interest | L | T | | | | | |
| 19. MORGAN STANLEY SMITH BARNEY IRA ROLLOVER ACCOUNT | | | | | | | | | |
| 20. -MORGAN STANLEY BANK N.A. | A | Interest | L | T | | | | | |
| 21. -ISHARES BARCLAYS 1-3 YEARS CRED SHORT TERM BOND FUND | B | Dividend | L | T | | | | | |
| 22. -VANGUARD TOTAL BOND MARKET | C | Dividend | L | T | | | | | |
| 23. -CALVERT SHORT DURATION INC A MUTUAL FUNDS | B | Dividend | L | T | | | | | |
| 24. -DELAWARE LTD-TERM DIVERS INC A MUTUAL FUNDS | B | Dividend | L | T | | | | | |
| 25. -PRIMCO TOTAL RETURN A MUTUAL FUNDS | B | Dividend | L | T | | | | | |
| 26. -VIRTUS MILTI-SECTOR S/T BD A MUTUAL FUNDS | C | Dividend | L | T | | | | | |
| 27. -TEMPLETON GLOBAL BD FD A | B | Dividend | K | T | | | | | |
| 28. -TEMPLETON GLOBAL TOTAL RET A | B | Dividend | K | T | | | | | |
| 29. MORGAN STANLEY SMITH BARNEY BROKERAGE ACCOUNT | | | | | | | | | |
| 30. -MORGAN STANLEY BANK N.A. | A | Interest | K | T | | | | | |
| 31. -NEW YORK N Y CITY TRANS FIN AUTH BLDG AID REV MUNI BONDS | B | Interest | K | T | | | | | |
| 32. -ALBANY N Y INDL DEV AGY CIVIC FAC REV MUNI BOND | B | Interest | K | T | | | | | |
| 33. -NEVADA ST MUNI BD BK MUNI BOND | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 10/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -CALIFORNIA ST GENL OBLIG MUNI BONDS | B | Interest | K | T | | | | | |
| 35. -NEW YORK N T GENL OBLIG SER-O MUNI BONDS | B | Interest | L | T | | | | | |
| 36. -NEW YORK ST URBAN DEV CORP EMP IRE ST DEV CORP SVC MUNIS | B | Interest | L | T | | | | | |
| 37. -NEW YORK N Y GENL OBLIG SER D MUNI BONDS | B | Interest | L | T | | | | | |
| 38. -LONG ISLAND PWR AUTH N Y ELEC SYS REV-A MUNI BONDS | B | Interest | K | T | | | | | |
| 39. -ALBANY N Y INDL DEV AGY CIVIC FAC REV MUNI BONDS | B | Interest | K | T | | | | | |
| 40. -AMERICAN EXPRESS CREDIT CO CORPORATE BONDS | B | Interest | K | T | | | | | |
| 41. -GOLDMAN SACHS GROUP INC CORPORATE BONDS | B | Interest | K | T | | | | | |
| 42. -MORGAN STANLEY CORPORATE BONDS | B | Interest | K | T | | | | | |
| 43. -WACHOVIA CORP CORPORATE BONDS | B | Interest | K | T | | | | | |
| 44. -CALVERT SHORT DURATION INC C MUTUAL FUNDS | B | Dividend | K | T | | | | | |
| 45. -DRYDEN SH TRM CORP BD C MUTUAL FUNDS | B | Dividend | K | T | | | | | |
| 46. -VIRTUS MULTI-SECTOR S/T BD T MUTUAL FUNDS | B | Dividend | K | T | | | | | |
| 47. -WELLFS FARGO SHT TRM MUNI BD C MUTUAL FUNDS | B | Dividend | L | T | | | | | |
| 48. -TRIBOROUGH BRDG & TUNL AUTH NY REVS SER-A | B | Interest | K | T | | | | | |
| 49. -OPPENHEIMER LTD TERM NY MUNI C | B | Interest | K | T | | | | | |
| 50. -NEW YORK CITY GEN OBLIG FISCAL SER-B SUBSER B-1 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 10/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -METROPOLITAN TRANS AUTH N Y TRANS REV SER-A | A | Interest | K | T | | | | | |
| 52. -NEW YORK N Y CITY MUN WTR FIN AUTH WTR & SWR SYS REV SER E | A | Interest | K | T | | | | | |
| 53. -CALVERT SHORT DURATION INC C | A | Interest | K | T | | | | | |
| 54. -MAINSTAY HIGH YIELD OPPORT | A | Interest | K | T | | | | | |
| 55. -OPPENHEIMER LTD TERM NY MUNI C | A | Interest | K | T | | | | | |
| 56. -PRUDENTIAL SHT TRM CORP BD C | A | Interest | K | T | | | | | |
| 57. -VIRTUS UNSIGHT SH INTM BD C | A | Interest | K | T | | | | | |
| 58. -VIRTUS MULTI SECT SHT TRM BD T | A | Interest | K | T | | | | | |
| 59. -WELLS FARGO ADV ST MUNI BD C | A | Interest | K | T | | | | | |
| 60. -GENERAL ELECTRIC CO | A | Int./Div. | K | T | Buy | 01/19/12 | K | | |
| 61. -PFIZER INC | A | Int./Div. | K | T | Buy | 01/19/12 | K | | |
| 62. -METROPOLITAN TRANS AUTH N Y TRANS REV SER-A | B | Interest | L | T | Buy | 01/19/12 | L | | |
| 63. -NEW YORK ARre twy UTH REV SER-H | B | Interest | M | T | Buy | 01/19/12 | M | | |
| 64. -MAINSTAY HI YLD CORP BOND C | C | Interest | L | T | Buy | 01/24/12 | L | | |
| 65. -OPPENHEIMER LTD TERM NY MUNI C | B | Interest | K | T | Buy | 01/24/12 | K | | |
| 66. -VIRTUS MULTI SECT SHT TRM BD T | B | Interest | K | T | Buy | 01/24/12 | K | | |
| 67. -NEW YORK CITY TRANS FIN AUTH BLDG AID REV FISCAL S-1 | B | Interest | L | T | Buy | 02/16/12 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 10/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -NEW YORK CITY GENL OBLIG SER-1 | B | Interest | L | T | Buy | 02/23/12 | L | | |
| 69. -NEW YORK STATE THRUWAY AUTHORITY GENERAL REVENUE SERIES-1 | B | Interest | K | T | Buy | 06/29/12 | K | | |
| 70. -NEW YORK CITY TRANS FIN AUTH FUTURE TAX SECD REV-F SUBSER | B | Interest | K | T | Buy | 06/28/12 | K | | |
| 71. FIDELITY INVESTMENTS-INHERITED IRA | A | Interest | J | T | Closed | 03/02/12 | K | | |
| 72. MORGAN STANLEY TRADITIONAL INHERITED IRA | A | Interest | K | T | Open | 03/02/12 | K | | |
| 73. -FIDELITY PRUITAN FUND (X) | | Interest | J | T | Sold | 06/01/12 | J | | |
| 74. HUDSON CITY SAVING BANK (X) | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAGGI, REENA** | 10/16/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1)PART V11, PAGE 4, LINE #4: THE NAME OF THE ACCOUNT WAS CHANGED TO CITI PERSONAL WEALTH MANAGEMENT.

2)PART V11, PAGE 7, LINE #64: THIS ACCOUNT WAS AN INHERITATED IRA FROM THE ESTATE

3)PART V11, PAGE 7, LINE #71: THIS ACCOUNT WAS CLOSED AND TRANSFERED TO MORGAN STANLEY.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ REENA RAGGI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544